UNITED STATES DISTRICT COURT OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVADA WORKMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>DEARBORN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>             Defendants. | No. 2:17-CV-04515-ODW (SSx)<br><br>**JUDGMENT GRANTING<br>DEARBORN NATIONAL'S<br>MOTION FOR SUMMARY<br>JUDGMENT** |

Defendant DEARBORN NATIONAL LIFE INSURANCE COMPANY ("Dearborn") and Plaintiff Lovada Workman ("Workman") having both moved for summary judgment on the application of California Insurance Code section 10172.5 to the facts presented. Further, Workman having moved for summary judgment on unjust enrichment and other equitable relief, including disgorgement and prejudgment interest. This court after considering all of the papers filed in connection with the motions, **GRANTED** Dearborn's motion for summary judgment and **DENIED** Workman's motion for summary judgment. (Order, ECF No. 56.)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment is entered in favor of Dearborn and against Workman dismissing the Complaint against Dearborn in its entirety

2. Dearborn to recover costs of suit.

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 3, 2020

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**